UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LAI BUI,<br><br>    Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS,<br><br>    Respondent. | No.  1:25-CV-00240-H |

### ORDER TO SHOW CAUSE, NOTICE, AND INSTRUCTIONS TO PARTIES

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  After conducting a preliminary review, the Court orders the following:

**Respondent's Answer**:  Respondent is directed to file an answer to Petitioner's petition within 60 days from the date of this order.  All applicable issues must be raised in the answer filed by Respondent.  No extensions will be granted.

Respondent must mail a copy of the answer, together with a copy of any supporting brief filed therewith, to Petitioner at the address set out in Petitioner's pleadings or to his attorney of record, if any.  Respondent must file a certificate with the Clerk evidencing such service.

**Records**:  All records must be filed with the Clerk within 60 days from the date of this order.

**Petitioner's Response**:  Petitioner may file a response to Respondent's answer within 30 days from the date shown on Respondent's certificate of service.  Petitioner's response must be limited to the arguments raised by Respondent and shall not include any new allegations of fact or new grounds for relief.  Petitioner must mail a copy of any

response to counsel for Respondent and must file a certificate with the Clerk evidencing such service.

      **Service of Petition and Order**:  Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas.  The Clerk shall mail a copy of this order to Petitioner or his attorney of record.

      Dated December 1, 2025.

                                                                                        _____
                                                                                        James Wesley Hendrix
                                                                                       United States District Judge