UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LAI BUI,<br><br>    Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS,<br><br>    Respondent. | No. 1:25-CV-00240-H |

### ORDER

  Petitioner Lai Bui, proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention at the Bluebonnet Detention Center in Anson, Texas. Dkt. No. 1. Although unclear, Petitioner appears to seek immediate release and judicial review of his immigration status.

  Respondent filed a response and relevant records, arguing that the Court should dismiss the petition for lack of subject-matter jurisdiction because Petitioner's claims are moot. Dkt. Nos. 10, 11. In particular, Respondent asserts that Petitioner was removed from the United States to Vietnam on January 12, 2026. Dkt. No. 10. After conducting a search on the U.S. Immigration and Customs Enforcement (ICE)'s online detainee locator system, the Court confirms and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1]

  The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes that it lacks jurisdiction to adjudicate Petitioner's claims because they are moot. *See Chay v. Holder*, 470

---

[1] *See* https://locator.ice.gov/odls/#/search (last visited Feb. 10, 2026).

F. App'x 406, 407 (5th Cir. 2012) (citations omitted). Additionally, to the extent Petitioner seeks judicial review of his immigration status, the Court concludes that it lacks jurisdiction to do so. *See Duarte v. Mayorkas*, 27 F.4th 1044, 1054–55 (5th Cir. 2022) (citations omitted). Petitioner's Section 2241 habeas petition is therefore dismissed without prejudice. *See Kewayfati v. Bondi*, ___ F.4th ___, 2026 WL 100809, at *9 (5th Cir. Jan. 14, 2026) (citations omitted) (explaining that a jurisdictional dismissal must be without prejudice to refiling in a forum of competent jurisdiction).

So ordered.

The Court will enter judgment accordingly.

Dated February 11, 2026.

JAMES WESLEY HENDRIX
United States District Judge