UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| LAI BUI,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS,<br><br>　　　　　　Respondent. | No. 1:25-CV-00240-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice.

Dated February 11, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge